AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LANGSTAFF, THOMAS Q. | DISTRICT COURT-MIDDLE DISTRICT GEORGIA | 08/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FT) | ☐ Nomination    Date      ☐ Initial   ✔ Annual   ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐   Amended Report | |

**7. Chambers or Office Address**

201 W. BROAD AVENUE
ALBANY, GEORGIA 31701

> *IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts,
> checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | The remaining partner, ▓▓▓▓▓▓ . has agreed to buy out Thomas Langstaff's interest in partnership |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LANGSTAFF, THOMAS Q.** | 08/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LANGSTAFF, THOMAS Q.** | 08/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Flint Community Bank (cash) | C | Interest | N | T | | | | | |
| 3. Synovus Accounts (cash) | A | Interest | L | T | | | | | |
| 4. Bank of America common stock | A | Dividend | K | T | | | | | |
| 5. Deutsche GNMA Fund A | B | Int./Div. | L | T | | | | | |
| 6. Jackson Natl Life Ins (whole) | A | Interest | | | Closed | 06/22/20 | J | | |
| 7. T Rowe Price Science & Technology (PRSCX) | D | Dividend | M | T | | | | | |
| 8. Luther Burbank Svgs Bank (cash) | A | Interest | | | Redeemed | 01/27/20 | L | | |
| 9. Account #1 (H) | | | | | | | | | |
| 10. T. Rowe Price- Science & Technology (PRSCX) | E | Dividend | M | T | | | | | |
| 11. T. Rowe Price- GNMA (PRGMX) | A | Dividend | K | T | | | | | |
| 12. T. Rowe Price- New Income (PRCIX) | A | Dividend | K | T | | | | | |
| 13. Account #2 (H) | | | | | | | | | |
| 14. Baird Fds Inc Agg Bd Fd I (BAGIX) | A | Dividend | J | T | | | | | |
| 15. Dodge & Cox Stock Fund (DODGX) | A | Dividend | | | Sold | 06/16/20 | J | | |
| 16. Hartford Mult FDS Inc (HFMIX) | A | Dividend | J | T | | | | | |
| 17. American Funds Washington (WMFFX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. MFS Ser Tr I Value Fd Cl I (MEIIX) | A | Dividend | J | T | Buy | 06/16/20 | J | | |
| 19. Mainstay FD High (MHYIX) | A | Dividend | J | T | | | | | |
| 20. MFS Emerging Mkts Debt (MEDIX) | A | Dividend | J | T | | | | | |
| 21. Met West Total Return Bond Fund (MWTIX) | A | Dividend | J | T | | | | | |
| 22. Champlain Funds Champlain Small Co (CIPNX) | A | Dividend | J | T | | | | | |
| 23. WF Small Company Growth (WSCGX) | A | Dividend | J | T | | | | | |
| 24. WF Emerging Markets (EMGNX) | A | Dividend | J | T | Buy (add'l) | 09/08/20 | J | | |
| 25. American Europacific Growth (AEPFX) | A | Dividend | J | T | | | | | |
| 26. PIMCO Fds Pac Invt Mgmt Ser Tot Ret I (PTTRX) | A | Dividend | J | T | | | | | |
| 27. Principal FDS Inc (PMDIX) | A | Dividend | J | T | Buy (add'l) | 09/08/20 | J | | |
| 28. T. Rowe Price Blue Chip Growth (TRBCX) | A | Dividend | J | T | Sold (part) | 09/08/20 | J | | |
| 29. Thornburg Income Builder (TIBIX) | A | Dividend | | | Sold | 09/08/20 | J | | |
| 30. WF Special Mid Cap Value (WFMIX) | A | Dividend | J | T | | | | | |
| 31. Account #3 (H) | | | | | | | | | |
| 32. American Electric (AEP) | A | Dividend | J | T | | | | | |
| 33. Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 34. AT&T Inc (T) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Automatic Data Processing (ADP) | A | Dividend | J | T | Buy | 02/12/20 | J | | |
| 36. Bank New York Mellon Corp (BK) | A | Dividend | J | T | Buy | 10/05/20 | J | | |
| 37. Cisco (CSCO) | A | Dividend | J | T | | | | | |
| 38. Comcast Corp New (CMCSA) | A | Dividend | J | T | Buy<br>(add'l) | 02/12/20 | J | | |
| 39. Diageo PLC (DEO) | A | Dividend | J | T | | | | | |
| 40. Dominion Res Inc (D) (Y) | | | | | | | | | |
| 41. Dover Corp (DOV) | A | Dividend | J | T | | | | | |
| 42. Dow Inc (DOW) (Y) | | | | | | | | | |
| 43. Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 08/07/20 | J | | |
| 44. General Dymanics (GD) | A | Dividend | J | T | | | | | |
| 45. Genuine Parts (GPC) | A | Dividend | J | T | | | | | |
| 46. Gilead Sciences Inc (GILD) | A | Dividend | J | T | Buy | 08/04/20 | J | | |
| 47. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 48. Hasbro Inc (HAS) | A | Dividend | | | Sold | 09/17/20 | J | | |
| 49. Home Depot (HD) | A | Dividend | J | T | | | | | |
| 50. Illinois Tool Works (ITW) | A | Dividend | J | T | | | | | |
| 51. Intel Corp (INTC) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. International Buisness Machines (IBM) | A | Dividend | J | T | | | | | |
| 53. Intuit Inc (INTU) | A | Dividend | J | T | Buy | 08/06/20 | J | | |
| 54. Johnson & Johnson (JNJ) | A | Dividend | J | T | | | | | |
| 55. JPMorgan (JPM) | A | Dividend | J | T | | | | | |
| 56. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 57. Lockheed Martin (LMT) | A | Dividend | J | T | | | | | |
| 58. M&T Bank (MTB) | A | Dividend | J | T | | | | | |
| 59. Maxim Integrated (MXIM) | A | Dividend | | | Sold | 08/17/20 | J | | |
| 60. McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 61. Merk & Co Inc (MRK) | A | Dividend | J | T | | | | | |
| 62. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 63. Nextera Energy (NEE) | A | Dividend | J | T | | | | | |
| 64. People's United Final (PBCT) | A | Dividend | J | T | | | | | |
| 65. Pepsico Incorp (PEP) | A | Dividend | J | T | | | | | |
| 66. Phillips 66 (PSX) | A | Dividend | J | T | Buy (add'l) | 12/28/20 | J | | |
| 67. Procter & Gamble (PG) | A | Dividend | J | T | | | | | |
| 68. Southern Company (SO) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LANGSTAFF, THOMAS Q.** | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 70. Target Corp (TGT) | A | Dividend | J | T | | | | | |
| 71. United Parcel Service (UPS) | A | Dividend | J | T | | | | | |
| 72. US Bancorp New (USB) | A | Dividend | J | T | | | | | |
| 73. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 74. Walgreens Boots Alliance (WBA) | A | Dividend | J | T | | | | | |
| 75. Waste Mgmt (WM) | A | Dividend | J | T | | | | | |
| 76. Welltower Inc (HCN) | | None | | | Sold | 01/31/20 | J | | |
| 77. Xcel Energy Inc (XEL) | A | Dividend | J | T | Buy | 08/03/20 | J | | |
| 78. Account #4 (H) | | | | | | | | | |
| 79. Fidelity Capital Appreciation (FDCAX) | C | Dividend | K | T | | | | | |
| 80. Fidelity Asset Manager 20% (FASIX) | A | Dividend | J | T | | | | | |
| 81. Fidelity Europe (FIEUX) | A | Dividend | K | T | | | | | |
| 82. Fidelity OTC Port (FOCPX) | C | Dividend | L | T | | | | | |
| 83. Fidelity Select Gold (FSAGX) | A | Dividend | J | T | | | | | |
| 84. Fidelity Select Chemicals (FSCHX) | A | Dividend | K | T | | | | | |
| 85. Fidelity Value (FDVLX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Capital & Income (FAGIX) | B | Dividend | K | T | | | | | |
| 87. Account #5 (H) | | | | | | | | | |
| 88. T. Rowe Price Prime Reserve (PRRXX) | A | Interest | K | T | | | | | |
| 89. T. Rowe Price Science and Technology (PRSCX) | D | Dividend | M | T | | | | | |
| 90. T. Rowe Price Mid Cap Value (TRMCX) | B | Dividend | K | T | | | | | |
| 91. T. Rowe Price Dividend Growth (PRDGX) | A | Dividend | L | T | | | | | |
| 92. T. Rowe Price International Stock (PRITX) | A | Dividend | K | T | | | | | |
| 93. T. Rowe Price New Asia (PRASX) | A | Dividend | K | T | | | | | |
| 94. Account #6 (H) | | | | | | | | | |
| 95. Merrill Lynch-Blackrock Global (MDLOX) | C | Dividend | L | T | | | | | |
| 96. Pimco Stockplus CL A (PSPAX) | B | Dividend | K | T | | | | | |
| 97. Stadion Tactical Defensive (ETFRX) | | None | J | T | | | | | |
| 98. Transamerica Asset Alloc Mod Growth (IMLLX) | A | Dividend | J | T | | | | | |
| 99. Account #7 (H) | | | | | | | | | |
| 100. Blackrock Global Allocation Fund Inc - A Shares (MDLOX) | A | Dividend | J | T | | | | | |
| 101. Account #8 (H) | | | | | | | | | |
| 102. Wells Fargo Franklin Income FD CL C (FCISX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WF Franklin Rising Div Cl C (FRDTX) | A | Dividend | K | T | | | | | |
| 104. WF Franklin Strategic Inc Rd Cl C (FSGCX) | A | Dividend | J | T | | | | | |
| 105. WF Mutual Series FD Inc Global Dis FD CL C (TEDSX) | A | Dividend | J | T | | | | | |
| 106. WF Templeton Global Bond CL C (TEGBX) | A | Dividend | J | T | | | | | |
| 107. Account #9 (H) | | | | | | | | | |
| 108. Fidelity Int'l Discovery (FIGRX) | A | Dividend | K | T | | | | | |
| 109. Fidelity Capital Appreciation (FDCAX) | B | Dividend | K | T | | | | | |
| 110. Fidelity Stock Selector (FDSSX) | A | Dividend | K | T | | | | | |
| 111. Fidelity Contrafund (FCNTX) | D | Dividend | L | T | | | | | |
| 112. Fidelity Export & Multinational (FEXPX) | A | Dividend | K | T | | | | | |
| 113. Fidelity Value (FDVLX) | A | Dividend | K | T | | | | | |
| 114. Fidelity Short Term Bond (FSHBX) | A | Dividend | J | T | | | | | |
| 115. Fidelity High Income (SPHIX) | A | Dividend | J | T | | | | | |
| 116. Fidelity GNMA Fund (FGMNX) | A | Dividend | K | T | | | | | |
| 117. Fidelity Mortgage Securities (FMSFX) | A | Dividend | K | T | | | | | |
| 118. Account #10 (H) | | | | | | | | | |
| 119. Fidelity-Balanced (FBALX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Account #11 (H) | | | | | | | | | |
| 121. T. Rowe Price New America Growth (PRWAX) | D | Dividend | K | T | | | | | |
| 122. Account #12 (H) | | | | | | | | | |
| 123. AT&T (T) | B | Dividend | K | T | | | | | |
| 124. Coca-Cola Company (KO) | A | Dividend | J | T | | | | | |
| 125. Duke Energy Corp New (DUK) | A | Dividend | J | T | | | | | |
| 126. Enbridge Inc (ENB) | A | Dividend | J | T | | | | | |
| 127. Southern Company (SO) | C | Dividend | L | T | | | | | |
| 128. Gabelli Utilities (GAUCX) | A | Dividend | J | T | | | | | |
| 129. Account #13 (H) | | | | | | | | | |
| 130. Vanguard Federal Money Market Fund (cash) (X) | A | Dividend | L | T | | | | | |
| 131. Vanguard Balanced Index Admiral Shares (VBIAX) | A | Dividend | K | T | | | | | |
| 132. Vanguard Intern'l Growth Fund (VWIGX) | A | Dividend | J | T | | | | | |
| 133. Vanguard US Growth Inv Cl (VWUSX) | B | Dividend | K | T | | | | | |
| 134. Vanguard S&P 500 Index ETF (VOO) | A | Dividend | J | T | Buy | 12/08/20 | J | | |
| 135. Account #14 (H) | | | | | | | | | |
| 136. Putnam Focused Equity Cl A (PGIAX) | | None | K | T | Buy | 08/25/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LANGSTAFF, THOMAS Q. | 08/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Putnam Income Cl A (PINCX) | B | Dividend | K | T | | | | | |
| 138.  Putnam Capital Spectrum Cl A (PVSAX) | E | Dividend | | | Sold | 08/25/20 | K | | |
| 139.  Account #15 (H) | | | | | | | | | |
| 140.  Merrill Lynch Eaton Vance Tax Free Bond (ETGAX) | B | Dividend | L | T | | | | | |
| 141.  Account #16 (H) | | | | | | | | | |
| 142.  First Eagle Sogen Global FD CL C (FESGX) | A | Dividend | J | T | | | | | |
| 143.  Franklin Income FD Cl C (FCISX) | A | Dividend | J | T | | | | | |
| 144.  Franklin Rising Div Cl C (FRDTX) | A | Dividend | J | T | | | | | |
| 145.  Good Harbor Tactical Select Fd Cl C (GHSCX) | | None | J | T | | | | | |
| 146.  Stadion Tact Def Fd (ETFZX) | | None | J | T | | | | | |
| 147.  Account #17 (H) | | | | | | | | | |
| 148.  Vanguard Balanced Index Admiral Shares (VBIAX) | A | Dividend | K | T | | | | | |
| 149.  Vanguard Intern'l Growth Fund (VWIGX) | A | Dividend | J | T | | | | | |
| 150.  Vanguard US Growth Inv Cl (VWUSX) | A | Dividend | J | T | | | | | |
| 151.  Account #18 (H) | | | | | | | | | |
| 152.  Fidelity 529- NH College Port (NH0000909) | | None | K | T | Sold (part) | 12/16/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LANGSTAFF, THOMAS Q.** | 08/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS Q. LANGSTAFF**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544